```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
  :
RAUL A. WHITE,                                               :
  :
              Plaintiff,                                           :
  :    **ORDER**
     -against-                                              :
  :    20-CV-233 (ER) (JLC)
ANDREW M. SAUL, Commissioner,                                :
Social Security Administration,                              :
  :
              Defendant.                                           :
  :
-------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

By Order of Reference dated January 23, 2020, Judge Ramos referred this Social Security case to me. In light of the fact that Plaintiff has now retained counsel (Dkt. No. 8), the Court orders the following briefing schedule, in accordance with the procedures for plaintiffs who are represented by counsel in this District's Standing Order, "Motion for Judgment on the Pleadings in Social Security Cases," 16-MC-171 (Apr. 20, 2016):

- **Within 90 days of service**, the Commissioner must serve and file the Electronic Certified Administrative Record (e-CAR), which will constitute the Commissioner's answer, or otherwise move against the complaint.

- If Plaintiff wishes to file a motion for judgment on the pleadings, Plaintiff must do so **within 60 days** of the date on which the e-CAR was filed. The motion must contain a full recitation of the relevant facts and a full description of the underlying administrative proceeding.

- The Commissioner must file an answering brief **within 60 days** of the filing of Plaintiff's motion.

1

- Plaintiff may file a reply **within 21 days** thereafter.

This Order supersedes the Scheduling Order at Dkt. No. 6.

**SO ORDERED.**

Dated: February 28, 2020
New York, New York

_____
JAMES L. COTT
United States Magistrate Judge